INTERSTATE MOTOR FREIGHT SYSTEM, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See post, p. 1053.]

FIDELITY AND GUARANTY INSURANCE CORPORATION, Appellant, v. FREDERICK E. M. BALLON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See post, p. 1053.]

ALFRED ORLIK, INC., Respondent, v. JOHN SURREY, LTD., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See post, p. 1053.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP LANGLEY, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

LAWRENCE E. O'CONNELL, Appellant, v. ISTHMIAN STEAMSHIP COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See post, p. 1052.]

THOMAS TOD, Appellant, v. JEREMIAH J. O'DONNELL et al., Copartners Doing Business under the Name of J. J. O'DONNELL & Co., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 284 App. Div. 801.]

CONE EXPORT & COMMISSION CO., INC., Respondent, v. S. & S. GARMENTS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 284 App. Div. 802, 845.]

ERNESTINE E. JOSEPH et al., Appellants, v. CHURCHILL'S TERMINAL RESTAURANT, INC., et al., Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 284 App. Div. 875.]